648

No. 971. GRAIN BELT SUPPLY CO. v. COMMISSIONER OF INTERNAL REVENUE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. A. C. Kennedy, George T. Buckingham, Paul E. Shorb,* and *H. Thomas Austern* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *F. E. Youngman* for respondent.

No. 974. UNITED STATES EX REL. BERGDOLL v. DRUM, COMMANDING OFFICER, UNITED STATES ARMY, ET AL. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George R. Shields, Herman J. Galloway, Fred W. Shields,* and *Joseph C. Thomson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, Fred E. Strine, George F. Kneip,* and *W. Marvin Smith* for respondents.

No. 983. PIETCH v. UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Roy St. Lewis, John J. Sirica,* and *Paul Pinson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. J. Albert Woll, William J. Connor,* and *M. Joseph Matan* for the United States.

No. 985. BEIDLER v. PHOTOSTAT CORPORATION. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold E. Stonebraker* for petitioner.